UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL M WILLIAMS,

Plaintiff,

v.

SPECIALIZED LOAN SERVICING LLC, et al.,

Defendants.

Case No. 26-cv-11335-AGT

**ORDER SETTING HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 9

The Court sets an in-person hearing on Plaintiff's application for a temporary restraining order. Dkt. 9. The hearing will take place at 2:00 p.m. this Friday, **October 23, 2026**.

Defendants may file a response to Plaintiff's application by tomorrow, **October 22, 2026**.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Alex G. Tse
United States Magistrate Judge